U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | United States | COURT CASE NUMBER | 04-10617-DPW |
|---|---|---|---|
| DEFENDANT | Richard Day Construction | TYPE OF PROCESS | Summons + Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard Day

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
72 I Street, Bradford, MA 01835

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy M. Rojas
Financial Litigation Unit
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve prior to June 25, 2004

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3288
DATE: 4/2/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Palmern
Date: 4/5/04

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
"BRADFORD IS A SECTION of Haverhill, Mass"

Date of Service: 4/6/04
Time: 7:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | 8.1 x .325 = 2633 | | | | | |

REMARKS:
SUBJECT WILLINGLY ACCEPTED SVC.
(72 IS A SPLIT) DAYS came out and was
served at 72A.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNTIED STATES OF AMERICA | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| RICHARD DAY CONSTRUCTION | |

**04 CV 10617 DPW**

TO: (Name and address of defendant)

Richard Day Construction
72 I Street
Bradford, MA 01835

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher R. Donato
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                           DATE   3-30-04

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.