UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-10617-DPW |
| RICHARD DAY CONSTRUCTION, | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT

I, Nancy M. Rojas, state under oath that:

1. I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2. In that capacity, I process and maintain debt collection cases, including the case of Richard Day Construction. I am also the custodian of the records for such cases.

3. Richard Day Construction was served, according to the return of service, with a summons and complaint on April 6, 2004 at 72 I Street, Bradford, MA 01835. See attached exhibit "A". As of May 25, 2004, Richard Day Construction has not served on the United States Attorney an answer, or other responsive pleading, to the complaint in the above captioned action.

_____
Nancy M. Rojas
Paralegal

Date: May 25, 2004

Signed and sworn to before me at Boston, Massachusetts, on
this 25 day of May, 2004.

_____
Mary A. Watson
Notary Public

My commission expires: 2/16/07

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States | COURT CASE NUMBER: 04-10617-DPW |
| DEFENDANT: Richard Day Construction | TYPE OF PROCESS: Summons & Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Richard Day

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 72 I Street, Bradford, MA 01835

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy M. Rojas
Financial Litigation Unit
U.S. Attorney's Office
Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: 1

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve prior to June 25, 2004.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3288
DATE: 4/2/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Salmon
Date: 4/5/04

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Address (complete only if different than shown above):
"BRADFORD IS A SECTION of HAVERHILL, MASS"

Date of Service: 4/6/04   Time: 7:30 pm
Signature of U.S. Marshal or Deputy

Service Fee: $90.00
Total Mileage Charges (including endeavors): $1.32, $26.33

REMARKS: SUBJECT WILLINGLY ACCEPTED SVC. 72 IS a split / Dust came out and was served at 72A.

EXHIBIT A

1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)