UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,

    v.                                CIVIL ACTION
                                  NO.04-10617-DPW
RICHARD DAY CONSTRUCTION,
    Defendant.

## NOTICE OF DEFAULT

WOODLOCK, D.J.

Upon application of the Plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant RICHARD DAY CONSTRUCTION, has been defaulted this date.

                                            BY THE COURT,

                                            /s/ Rebecca Greenberg
                                            Deputy Clerk

Dated: May 26, 2004