UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,

    v.                          CIVIL ACTION
                                    NO.04-10617-DPW

RICHARD DAY CONSTRUCTION,
    Defendant.

## DEFAULT JUDGMENT

WOODLOCK, District Judge

      Defendant RICHARD DAY CONSTRUCTION, having failed to plead or otherwise defend in this action and its default having been entered,

      Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $17,231.84; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $150.00 filing fee, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff UNITED STATES OF AMERICA, recover from defendant RICHARD DAY CONSTRUCTION the sum of $17,231.84, plus $150 costs, for a total of **$17,381.84**, with post-judgment interest as provided by law*.

                                      By the Court,

                                      /s/ Rebecca Greenberg
                                      Deputy Clerk

Dated: July 1, 2004

*The post-judgment interest rate, based on the weekly average of One Year Constant Maturity Treasury Yield as published by the Board of Governors of the Federal Reserve System - 28 U.S.C. §1961), for the week ending June 25, 2004,  is **2.16%**.