UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>  )<br>v.   )<br>  )<br>  )<br>RICHARD DAY CONSTRUCTION, )<br>          Defendant. ) | Court No. 04-cv-10617-DPW |

**<u>ORDER</u>**

Pursuant to a subpoena that was issued on Richard Day Construction on January 28, 2005, the United States District Court, is hereby ordering that Richard Day Construction produce said financial documents to the United States of America within thirty (30) days of the approval of the Order.

APPROVED:                                                              SO ORDERED:


_____                    _____
UNITED STATES DISTRICT JUDGE                        DEPUTY CLERK
                                                                                 UNITED STATES DISTRICT COURT


DATED: