UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br><br>RICHARD DAY CONSTRUCTION,<br>        Defendant. | )<br>)<br>)<br>)  Court No. 04-cv-10617-DPW<br>)<br>)<br>)<br>) |

## UNITED STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to a subpoena of documents that was served on Richard Day Construction, the United States of America petitions this Court to compel the defendant to produce to the United States all applicable documents that were requested. As reasons therefore, the United States sets forth the following:

1. On July 1, 2004, the United States District Court entered a Default Judgment against Richard Day Construction (hereinafter "Richard Day") for failing to repay the Department of Veterans Affairs for contracted labor services and ordered Richard Day to pay the sum of $17,231.84, plus interest from the date of judgment at the legal rate. Attached hereto as Exhibit A.

2. On January 28, 2005, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Richard Day was commanded to produce various financial documents to the United States by February 18, 2005. Attached hereto as Exhibit B.

3. As of June 13, 2006, the United States has not received any of the requested documents.

WHEREFORE, the United States seeks to compel Richard Day Construction to produce all said documents.

                                        Respectfully submitted,
                                        UNITED STATES OF AMERICA
                                        By its attorneys

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:   /s/ Christopher R. Donato
                                        CHRISTOPHER R. DONATO
                                        Assistant U.S. Attorney
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        (617) 748-3303

Dated: June 13, 2006


### CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                            Boston, MA

I hereby certify that on June 13, 2006, this document was filed through the ECF system and a paper copy was sent by mail to Richard Day located in Methuen, MA, a non-registered participant.

                                              /s/ Christopher R. Donato
                                              CHRISTOPHER R. DONATO
                                              Assistant U.S. Attorney


### RULE 7.1 CERTIFICATION

I hereby certify that I conferred with the defendant regarding the issues set forth in the above motion and attempted in good faith to resolve or narrow the issues.

                                              /s/ Christopher R. Donato
                                              CHRISTOPHER R. DONATO
                                              Assistant U.S. Attorney