```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
     v.                        )   CIVIL ACTION NO. 04-10617-DPW
                               )
Richard Day Construction       )
          Defendant.           )
```

### SUGGESTION OF DEATH

Now comes the plaintiff, the United States of America, and upon information received from the Massachusetts, Registry of Vital Records and Statistics, suggests on the record pursuant to Rule 25(a)(1)(2), of the Federal Rules of Civil Procedure, that the defendant, Richard Day, died during the pendency of this action. Accordingly, pursuant to 18 U.S.C. § 3613(b), the defendant's liability for his outstanding debt has terminated.

```
                              UNITED STATES OF AMERICA
                              By its attorneys

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:
                                /s/Christopher R. Donato
                              CHRISTOPHER R. DONATO
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02109
                              (617) 748-3303
```

Dated: January 23, 2007